No. 867. TROY DEASON *v.* UNITED STATES. March 24, 1919. Petition for a writ of certiorari to the Circuit

Court of Appeals for the Fifth Circuit denied. *Mr. H. P. Brown* for petitioner. No brief filed for the United States.